IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEW JERSEY

JAMES WHITE, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

-against-

THE HERTZ CORPORATION,

Defendant.

Civil Action No.: 2:17-cv-00150-KM-MAH

ORDER APPROVING SETTLEMENT

This matter is before the Court on a Joint Request for Approval of Settlement. The Court finds that Plaintiff James White's claims include bona fide disputes over compliance with the provisions of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* Upon review of the proposed General Release and Settlement Agreement, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore, it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Request for Approval of Settlement is **GRANTED**.
2. The Parties' General Release and Settlement Agreement is **APPROVED**.
3. The instant case is **DISMISSED WITH PREJUDICE** and upon entry of this Order, the Clerk of Court is directed to close this case.
4. This Court retains jurisdiction to enforce the terms of the General Release and Settlement Agreement upon motion of either party.

This 5th day of Sept, 2017.

Honorable Kevin McNulty, U.S.D.J.

4662393v.1